IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 2, 2008

Charles R. Fulbruge III
Clerk

—————————

No. 08-50776
Summary Calendar

—————————

PATRICK M. NICKERSON

Plaintiff-Appellant

v.

GROENDYKE TRANSPORT, INC.; GREAT
WEST CASUALTY CO.

Defendants-Appellees

—————————

Appeal from the United States District Court
for the Western District of Texas
(3:08-CV-47)

—————————

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Patrick M. Nickerson, proceeding pro se on appeal as he did in the district court, seeks reversal of the district court's judgment dismissing Nickerson's action with prejudice. Our review of the entire record on appeal, including the district court's Memorandum Opinion and Order of April 15, 2008, convinces us that the patient and detailed analysis and

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

explanation contained in the district court's opinion totally and correctly support its judgment. For essentially the same reasons thus set forth by the district court, we affirm the dismissal of Nickerson's lawsuit with prejudice.

AFFIRMED.